LAW OFFICES OF GREGORY JAVARDIAN
BY:    MARY F. KENNEDY, ESQUIRE
ID# 77149
1310 INDUSTRIAL BOULEVARD
FIRST FLOOR, SUITE 101
SOUTHAMPTON, PA  18966
(215) 942-9690
Attorney for Conseco Finance Consumer Discount Company

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Theresa N. Coleman<br><br>        Debtor(s) | Chapter 13 Proceeding<br><br>03-19590 KJC |

### CERTIFICATION OF SERVICE AND NOTICE

MARY F. KENNEDY, counsel for Conseco Finance Consumer Discount Company, hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and Notice of Hearing to Consider Motion was served upon the following persons by regular first-class mail, postage prepaid, on this   15th   day of October, 2003:

Michael W. Gallagher, Esquire
628 East Germantown Pike
Lafayette Hill, PA 19444
Attorney for Debtor(s)

Theresa N. Coleman
3103 Summit Avenue
Glenside, PA 19038
Debtor(s)

William C. Miller, Esquire
111 South Independence Mall, Suite 583
Philadelphia, PA 19106
Trustee

Office of the U.S. Trustee
The Curtis Center
601 Walnut Street
Suite 950 West
Philadelphia, PA 19106

LAW OFFICES OF GREGORY JAVARDIAN

By: s/
    Mary F. Kennedy, Esquire