IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA N. COLEMAN | : CHAPTER 13 |
| Debtor | : |
| | : CASE NO. 03-19590KJC |

## CERTIFICATION OF SERVICE

I, Michael W. Gallagher, Esquire, attorney for the Debtor, do hereby certify that on December 10, 2003, I did serve the attached Notice of Application for Compensation and Reimbursement of Expenses, by regular first class mail, postage prepaid, on the persons set forth below, at the addresses listed with each name:

Abington Memorial Hospital
1200 York Road
Abington, PA 19001

Capital Collection Service
P.O. Box 150
West Berlin, NJ 08091

Comcast Cable
1 Apollo Road
Plymouth Meeting, PA 19462

Conseco Finance Consumer Disco
Stonewood Commons III Suite 20
105 Bradford Road
Wexford, PA 15090

Desert Paradise
P.O. Box 78843
Phoenix, AZ 85062-8843

Diagnostic Imaging Inc.
c/o Frankford Hospital
Knights Road & Red Lion Roads
Philadelphia, PA 19114

Frankford Hospital
Knights Road & Red Lion Roads
Philadelphia, PA 19114

First National Collection Bure
3631 Warren Way
Reno, NV 89509

Gregory Javarian, Esquire
44 Second Street, Suite 203
Southampton, PA 18966

Philadelphia Suburban Water
P.O. Box 1001
Southeastern, PA 19398-1001

Providan National Bank
Payment Processing
P.O. Box 9553
Manchester, NH 03108-9539

Timothy Duane Hall
3103 Summit Avenue
Glenside, PA 19038

VoiceStream
P.O. Box 742596
Cincinatti, OH 45274-2596

Sandra Zavodnick,, Esq.
Suite 1940
123 South Broad Street
Philadelphia, PA 19109

Household Credit Services, Inc
P.O. Box 88000
Baltimore, MD 21288-0001

I.C. Systems Inc.
444 Highway 96 East
P.O. Box 64887
St. Paul, MN 55164-0887

Dated: December 11, 2003

MICHAEL W. GALLAGHER, ESQUIRE
628 Germantown Pike
Lafayette Hill, PA 19444
(610) 940-4730
(610) 940-6025 Fax
Attorney for Debtor